# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN K. STURM,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-08-353-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED** and the above captioned case is remanded to the Commissioner for additional proceedings pursuant to sentence four, 42 USC § 405(g). Defendant's Motion for Summary Judgment dismissal is DENIED. Application for attorney fees may be made by separate motion. Judgment is entered for Plaintiff.

DATED this 5th day of October, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

by: _[signature]_
Deputy Clerk

cc: all counsel